

**U.S. Department of Justice**

Eastern District of California

**United States Attorney**
McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100                          916/554-2700

Sacramento, California  95814                Fax 916/554-2900
                                                              TTY 916/554-2855

December 7, 2005

Honorable Dale A. Drozd
U. S. Magistrate Judge
501 I Street
Sacramento, California   95814

    Re:  United States v. Thomas Cesar Bursiaga
        Magistrate # 05-230-DAD
        <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Drozd:

    There was filed before you, on August 16, 2005, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Sacramento, California, and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                                Very truly yours,

                                McGREGOR W. SCOTT
                                United States Attorney

                                By <u>/S/ THOMAS E. FLYNN</u>
                                   THOMAS E. FLYNN
                                Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: December 7, 2005.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
Ddad1/orders.criminal/bursiaga0230.ord    UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MAGISTRATE NO. 05-230-DAD |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS CESAR BURSIAGA | ) | |
| | ) | |
| Defendant(s). | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on December 7, 2005 she served a copy of the attached:

Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

Federal Defender's Office

United States Marshal's Office

/S/ Patsy Silva
Patsy Silva